Michelle Q. Carter (CBN 184005)
James A. Carter (CBN 33119)
CARTER CARTER FRIES & GRUNSCHLAG
44 Montgomery Street, Suite 2405
San Francisco, CA 94104
Phone: (415) 989-4800
Fax: (415) 989-4864

Attorneys for Plaintiff
TELECOM ASSET MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC, a limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIBERLIGHT, LLC, a Delaware limited liability company; and DOES I through X, inclusive,<br><br>　　　　Defendants. | Case No.:<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　　Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　　　Steven Strong, owner of TAM;

　　　　Timothy Burks, COO of TAM;

　　　　Thermo Telecom Partners LLC, owner of FiberLight LLC.

| | |
|---|---|
| 1 | Dated: February 14, 2014 Respectfully submitted, |
| 2 | CARTER CARTER FRIES & GRUNSCHLAG |
| 3 | By: /s/Michelle Q. Carter |
| 4 | Michelle Q. Carter<br>Attorneys for Plaintiff TAM |