JULIE D. GREER (State Bar No. 200479)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jdg@cpdb.com

Attorneys for Defendant
FIBERLIGHT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FIBERLIGHT, LLC, a limited liability company; and DOES I-X, inclusive,<br><br>Defendants. | Case No. 3:14-cv-00728 MEJ<br><br>**FIBERLIGHT, LLC'S CERTIFICATION OF NON-PARTY INTERESTED PERSONS OR ENTITIES [CIV. L. R. 3-15]**<br><br>Case filed: February 14, 2014<br>Trial Date: None Set |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Kevin B. Coyne, Member

Ron Kormos, Member

FL Investment Holdings, LLC, Member

Thermo Development, Inc., Member

NT Assets, LLC, Member

Michael P. Miller, Management Incentive Interest

DATED: April 8, 2014              COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Julia D. Greer*
JULIE D. GREER
Attorneys for Defendant
FIBERLIGHT, LLC