Frank L. Kollman (MD 12/21/77)
KOLLMAN & SAUCIER, PA
1823 York Road
The Business Law Building
Timonium, Maryland  21093
Phone: (410) 727-4300
Fax: (410) 727-4391
Email: fkollman@kollmanlaw.com

Michelle Q. Carter (CBN 184005)
James A. Carter (CBN 33119)
CARTER CARTER FRIES & GRUNSCHLAG
44 Montgomery Street, Suite 2405
San Francisco, CA 94104
Phone:  (415) 989-4800
Fax:  (415) 989-4864
Email:  michelle@carterfries.com

Attorneys for Plaintiff
TELECOM ASSET MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC, a limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FIBERLIGHT, LLC, a Delaware limited liability company; and DOES I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:14-cv-00728-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to the Court's Case Management Conference Order, Plaintiff TELECOM ASSET MANAGEMENT, LLC and specially appearing Defendant FIBERLIGHT, LLC hereby request and stipulate that the Initial Case Management Conference in this matter be re-scheduled from July 11, 2014 at 2:30 p.m. in Courtroom 10 to July 18, 2014 at 2:30 p.m. in Courtroom 10, or to the earliest date/time thereafter that is available on the Court's calendar.

There is good cause for this request.  Plaintiff's local attorney, Michelle Q. Carter, will be appearing in person at the Case Management Conference on behalf of Plaintiff.  Ms. Carter is scheduled to attend a wedding being held on the East Coast on July 12, 2014, will be traveling on July 11 as a result, and will therefore be unable to attend the currently-scheduled CMC.

Defendant, through its attorney, concurs in and stipulates to this request based on the understanding between the parties that by so agreeing Defendant is not generally appearing, and not consenting to the personal jurisdiction of this Court or otherwise waiving any arguments it may have related to the Court's jurisdiction.  The sole purpose of this stipulation is to accommodate Plaintiff's counsel's need to re-schedule the Case Management Conference in the event that Defendant's Motion to Dismiss pursuant to FRCP 12(b)(2) is denied by the Court.

IT IS SO STIPULATED.

Dated:  April 17, 2014                    CARTER CARTER FRIES & GRUNSCHLAG

By:     /s/Michelle Q. Carter
Michelle Q. Carter
Attorneys for Plaintiff
TELECOM ASSET MANAGEMENT, LLC

Dated: April 17, 2014                     COBLENTZ PATCH DUFFY & BASS LLP

By:     /s/Julia D. Greer
Julia D. Greer
Attorneys for Specially Appearing Defendant
FIBERLIGHT, LLC

I, the filer of this document, hereby attest that concurrence in its filing has been obtained from each of the other Signatories.

     /s/Michelle Q. Carter

15602.001 2778015v1 2

Stipulation & [Proposed] Order Rescheduling CMC
Case No. 3:14-cv-00728-SI

**[PROPOSED] ORDER**

The Court having reviewed the parties' Stipulation Rescheduling the Initial Case Management Conference, and finding good cause, it is hereby ORDERED that the Initial Case Management Conference be rescheduled from July 11, 2014 at 2:30 p.m. in Courtroom 10 to _____July 18_____, 2014 at __2:30 pm__ in Courtroom 10. All related deadlines are hereby continued accordingly.

IT IS SO ORDERED.

Dated: __4/17__, 2014

_____
The Hon. Susan Illston
Judge, U.S. District Court
Northern District of California