LAWRENCE H. KUNIN (*Pro Hac Vice*)
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia  30326
Telephone:  404.233.7000
Facsimile:  404.365.9532

JULIE D. GREER (State Bar No. 200479)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:  ef-jdg@cpdb.com

Attorneys for Defendant
FIBERLIGHT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC, a limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>FIBERLIGHT, LLC, a limited liability company; and DOES I-X, inclusive,<br><br>    Defendants. | Case No. 3:14-cv-00728 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Susan Illston<br>Crtrm:  10, 19th Floor<br><br>Case filed:  February 14, 2014<br>Trial Date:  None Set |

Pursuant to the Court's Case Management Conference Order, Plaintiff TELECOM ASSET MANAGEMENT, LLC and Defendant FIBERLIGHT, LLC hereby request and stipulate that the Initial Case Management Conference in this matter be re-scheduled from July 18, 2014 at 2:30 p.m. in Courtroom 10 to July 25, 2014 at 2:30 p.m. in Courtroom 10, or to the earliest date/time

thereafter that is available on the Court's calendar.

There is good cause for this request. Defendant's lead counsel has a previously-scheduled family vacation during the week including July 18 and will therefore be unable to attend the currently-scheduled Case Management Conference.

Plaintiff, through its attorney, concurs in and stipulates to this request.

IT IS SO STIPULATED.

Dated: June 16, 2014          CARTER CARTER FRIES & GRUNSCHLAG

                                        By: /s/Michelle Q. Carter
                                                  Michelle Q. Carter
                                                  Attorneys for Plaintiff
                                                  TELECOM ASSET MANAGEMENT, LLC

Dated: June 16, 2014          COBLENTZ PATCH DUFFY & BASS LLP

                                        By: /s/ Julia D. Greer
                                                Julia D. Greer
                                                Attorneys for Specially Appearing Defendant
                                                FIBERLIGHT, LLC

I, the filer of this document, hereby attest that concurrence in its filing has been obtained from each of the other Signatories.

                                                              /s/ Julia D. Greer

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 6/18/14 , 2014          [signature]

                                                     The Hon. Susan Illston
                                                     Judge, U.S. District Court
                                                     Northern District of California

COBLENTZ PATCH DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · Fax 415.989.1663