Frank L. Kollman (MD 12/21/77)
KOLLMAN & SAUCIER, PA
1823 York Road
The Business Law Building
Timonium, Maryland  21093
Phone: (410) 727-4300
Fax: (410) 727-4391
Email: fkollman@kollmanlaw.com

Michelle Q. Carter (CBN 184005)
James A. Carter (CBN 33119)
CARTER CARTER FRIES & GRUNSCHLAG
44 Montgomery Street, Suite 2405
San Francisco, CA 94104
Phone:  (415) 989-4800
Fax:  (415) 989-4864
Email:  michelle@carterfries.com

Attorneys for Plaintiff
TELECOM ASSET MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC, a limited liability company,<br><br>           Plaintiff,<br><br>     vs.<br><br>FIBERLIGHT, LLC, a Delaware limited liability company; and DOES I through X, inclusive,<br><br>           Defendants. | Case No.: 3:14-cv-00728-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONDUCT SETTLEMENT CONFERENCE** |

Pursuant to the Court's Order dated July 28, 2014, the Settlement Conference in the above-entitled matter was to be completed within ninety days. Plaintiff TELECOM ASSET MANAGEMENT, LLC and Defendant FIBERLIGHT, LLC have been unable to schedule the Settlement Conference by that date, and therefore hereby request and stipulate that the deadline to complete the Settlement Conference in this matter be extended for an additional thirty days.

1

Stip. & [Pro.] Order Extending Sett. Conf. Deadline
Case No. 3:14-cv-00728-SI

There is good cause for this request. By September 15, 2014, when the Settlement Conference was scheduled for October 7, 2014, Defendant's lead counsel, Plaintiff's representatives and Defendant's representatives were all unavailable on that date. Due to calendaring and logistical issues arising from the fact that most of the attendees at the Settlement Conference will be traveling from out-of-state and need adequate time to make travel arrangements, the parties have agreed and stipulated to conduct the Settlement Conference on November 19, 2014. However, that date is after the current deadline for conducting the Settlement Conference, so it is necessary for the deadline to be extended in order to allow the assigned Magistrate Judge to schedule the Settlement Conference for November 19.

IT IS SO STIPULATED.

Dated: September 23, 2014　　　　　KOLLMAN & SAUCIER PA

By:　　*/s/Frank L. Kollman*
Frank L. Kollman

Dated: September 23, 2014　　　　　CARTER CARTER FRIES & GRUNSCHLAG

By:　　*/s/Michelle Q. Carter*
Michelle Q. Carter
Attorneys for Plaintiff
TELECOM ASSET MANAGEMENT, LLC

Dated: September 23, 2014　　　　　MORRIS MANNING & MARTIN LLP

By:　　*/s/Lawrence H. Kunin*
Lawrence H. Kunin

Dated: September 23, 2014　　　　　COBLENTZ PATCH DUFFY & BASS LLP

By:　　*/s/Julia D. Greer*
Julia D. Greer
Attorneys for Defendant
FIBERLIGHT, LLC

I, the filer of this document, hereby attest that concurrence in its filing has been obtained from each of the other Signatories.

　　　　　　　　　　　　　　　　　　　*/s/Michelle Q. Carter*

**[PROPOSED] ORDER**

The Court having reviewed the parties' Stipulation Extending Deadline to Conduct Settlement Conference, and finding good cause, it is hereby ORDERED that the deadline to complete the Settlement Conference be continued for thirty days. ~~All related deadlines are hereby continued accordingly.~~ The further case management conference is continued to 12/5/14, at 3 p.m. All other dates remain the same.

IT IS SO ORDERED.

Dated: 9/25, 2014

*/s/ Susan Illston*
The Hon. Susan Illston
United States District Judge
Northern District of California

Stip. & [Pro.] Order Extending Sett. Conf. Deadline
Case No. 3:14-cv-00728-SI

3