# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC, | Case No.: 3:14-cv-00728-SI |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |
| vs. | |
| FIBERLIGHT, LLC, a limited liability company; and DOES I-X, inclusive, | |
| Defendants. | |

Upon consideration of the parties' Stipulated Request for Order Changing Time (the "Request") and the declaration in support thereof, it is hereby

**ORDERED**, that the Request is **GRANTED**, and it is further

**ORDERED**, that the Pretrial Preparation Order previously entered by the Court on July 29, 2014 (Dkt. No. 45) is **MODIFIED** as follows:

| | ORIGINAL DEADLINE | MODIFIED DEADLINE |
|---|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | 07/31/15 | 09/30/15 |
| DESIGNATION OF EXPERTS: | 08/03/15 | 10/02/15 |
| REBUTTAL TO EXPERT DESIGNATION: | 08/21/15 | 10/09/15 |
| EXPERT DISCOVERY CUTOFF: | 09/25/15 | 10/21/15 |
| DISPOSITIVE MOTIONS FILED: | 10/16/15 | 11/06/15 |
| OPPOSITION TO DISPOSITIVE MOTIONS: | 10/30/15 | 11/20/15 |
| REPLY TO DISPOSITIVE MOTIONS: | 11/06/15 | 11/30/15 |

___

| | | |
|---|---|---|
| 1 | HEARING ON DISPOSITIVE MOTIONS: | 11/20/15 | 12/11/15 |
| 2 | PRETRIAL CONFERENCE: | 01/12/16 | 01/19/16 |
| 3 | JURY TRIAL: | 01/25/16 | 01/25/16 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __6/25/15__          _____
                            THE HONORABLE SUSAN ILLSTON
                            United States District Judge

_____
Order Granting Stipulated Request for Order Changing Time & Modifying Deadlines
Case No. 3:14-cv-00728-SI