# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FIBERLIGHT, LLC, a limited liability company; and DOES I-X, inclusive, <br><br> Defendants. | Case No.: 3:14-cv-00728-SI <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING SETTLEMENT CONFERENCE TO OCTOBER 14, 2015** <br><br> Stip filed: August 13, 2015 <br> Trial: January 25, 2016 |

Based on the parties' stipulation requesting an order changing settlement conference to October 14, 2015, and good cause being shown:

The Settlement Conference in this matter is hereby changed from September 21, 2015 to October 14, 2015 in Courtroom F of the above entitled Court and the deadline for completion of the settlement conference is extended accordingly.

IT IS SO ORDERED.

DATED: 8/18/15                                   _____
                                                                          JUDGE, U.S. DISTRICT COURT
                                                                          NORTHERN DISTRICT OF CA

1

___

[Proposed] Order Granting Stipulated Request for Order Changing Settlement Conference
Case No. 3:14-cv-00728-SI