**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>FIBERLIGHT, LLC, a limited liability )<br>company; and DOES I-X, inclusive, )<br>)<br>)<br>Defendants. )<br>)<br>) | Case No.: 3:14-cv-00728-SI<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING CASE MANAGEMENT CONFERENCE TO OCTOBER 30, 2015** |

Upon consideration of the parties' Stipulated Request for Order Changing the Case Management Conference to October 30, 2015 and the deadline for filing a Joint Case Management Statement to October 29, 2015. (the "Request") and the declaration in support thereof, it is hereby

**ORDERED**, that the Request is **GRANTED**, and it is further

**ORDERED**, that the Case Management Conference be continued from October 15, 2015 at 10:30 a.m. to October 30, 2015 at __3:00 pm__; and that the Joint Case Management Statement be filed on or before October 29, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __10/14/15__                          _____
                                             THE HONORABLE SUSAN ILLSTON
                                             United States District Judge

_____
Order Granting Stipulated Request for Order Changing Order Changing the Case Management Conference
Case No. 3:14-cv-00728-SI