UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIBERLIGHT, LLC, a limited liability company; and DOES I-X, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-00728-SI<br><br>**STIPULATED REQUEST FOR ORDER CHANGING CASE MANAGEMENT CONFERENCE TO NOVEMBER 13, 2015 AND FOR CONTINUANCE OF CURRENT CASE DEADLINES**<br><br>Filed:   October 28, 2015<br>Trial:   January 25, 2016 |

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 6-2 and 7-12 of this Court's Local Rules, the parties submit this Stipulated Request for Order Changing the Case Management Conference to November 13, 2015 the deadline for filing a Joint Case Management Statement be continued to November 12, 2015, and for continuance of all current case deadlines.

A settlement conference was held with Magistrate Judge Corley on October 13, 2015, and follow-up calls with Judge Corley occurred on October 20, 2015 and October 27, 2015. During that time, officers of both parties have engaged in direct, regular and complicated settlement discussions, in addition to considering alternate dispute resolution.  As set forth in the attached Declaration of Lawrence H. Kunin, the parties and Judge Corley agree that a continuance of the Case Management Conference to November 13, 2015, would allow the parties additional time to explore their alternatives prior to preparing the Statement and attending the Conference.   The parties have scheduled another conference with Judge Corley on November 4, 2015.

1

Stipulated Request for Order Changing Case Management Conference and Relief from Current Case Deadlines
& Supporting Declaration
Case No. 3:14-cv-00728-SI

Furthermore, the parties believe that any case activity, or a decision on potential alternate dispute resolution, would be detrimental to the complicated discussions that are underway. In the last stipulation filed on October 14, 2015, the parties indicated their intent to request a continuance of the trial date, and that was before knowing about the process that would occur directly between the parties' officers. The parties note that although other schedule adjustments have been made, they have *not* previously requested a continuance of the trial date. The parties further state that such a request is not for purposes of delay, but is in consideration of the following: (1) the parties themselves have not previously delayed, but have been diligent in voluminous document production, deposition scheduling, have spoken frequently, and have resolved any issues that arose in the process; (2) there are some last minute document and witness issues that include third parties; (3) the discussions currently underway following Judge Corley's assistance is substantive, regular, and complicated; and (4) if settlement discussions are ultimately not productive, the parties intend to continue the dialogue referenced in the last Stipulation and supporting Declaration of Michelle Carter related to alternate dispute resolution.

If the Court is in agreement to continue the trial date, and although such schedule can be discussed in advance of and during the Case Management Conference on November 13, 2015, there is a current intervening deadline of November 6, 2015, for summary judgment. Absent prior relief from such deadline, the parties will need to engage in efforts to meet such deadline. The parties fear this too could be detrimental to the process occurring between the officers, not only cost, effort, and distraction, but also any negative interpretation as to what such motion(s) may mean to interest in the officers' current process.

WHEREFORE, for the foregoing reasons and the reasons set forth in the attached declaration, the parties respectfully request that the Court continue the Case Management Conference to November 13, 2015, the deadline to file the related statement to November 12, 2015, and that all current deadlines be continued pending decision on a new schedule.

Respectfully submitted,

| | |
|---|---|
| _/s/_ Frank L. Kollman | _/s/_ Lawrence H. Kunin |
| Frank L. Kollman (MD 12/21/77) | Lawrence H. Kunin |
| KOLLMAN & SAUCIER, PA | MORRIS, MANNING & MARTIN, LLP |
| 1823 York Road | 1600 Atlanta Financial Center |
| The Business Law Building | 3343 Peachtree Road NE |
| Timonium, MD 21093 | Atlanta, GA 30326 |
| Phone: (410) 727-4300 | Phone: (404) 504-7798 |
| Fax: (410) 727-4391 | Fax: (404) 365-9532 |
| Email: fkollman@kollmanlaw.com | E-mail: lhk@mmmlaw.com |
| | |
| _/s/_ Michelle Q. Carter | JULIE D. GREER (State Bar No. 200479) |
| Michelle Q. Carter (CBN 184005) | Coblentz Patch Duffy & Bass LLP |
| James A. Carter (CBN 33119) | One Montgomery Street, Suite 3000 |
| CARTER CARTER FRIES & GRUNSCHLAG | San Francisco, California 94104 |
| 44 Montgomery Street, Suite 2405 | Telephone:  415.391.4800 |
| San Francisco, CA 94104 | Facsimile:  415.989.1663 |
| Phone:  (415) 989-4800 | Email:  ef-jdg@cpdb.com |
| Fax:  (415) 989-4864 | |
| Email:  michelle@carterfries.com | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| TELECOM ASSET MANAGEMENT, LLC | FIBERLIGHT, LLC |

I, the filer of this document, hereby attest that concurrence in its filing has been obtained from each of the other Signatories.

           _/s/Lawrence H. Kunin_ .

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIBERLIGHT, LLC, a limited liability company; and DOES I-X, inclusive,<br><br>    Defendants. | Case No.: 3:14-cv-00728-SI<br><br>**DECLARATION OF LAWRENCE H. KUNIN IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND CONTINUANCE OF CURRENT CASE DEADLINES**<br><br>Filed:  October 28, 2015<br>Trial:   January 25, 2016 |

  I, Lawrence H. Kunin, am a partner with Morris, Manning & Martin, LLP, counsel of record to Defendant FiberLight, LLC. I make the following declaration based on my personal knowledge and, if called upon to do so, could testify competently to the matters set forth herein.

  1.  A settlement conference was held with Magistrate Judge Corley on October 13. At the conference Judge Corley suggested that the parties consider alternatives to a jury trial, including arbitration.

  2.  Follow-up conference calls with Judge Corley occurred on October 20, 2015, and October 27, 2015. Another call with Judge Corley is scheduled for November 4, 2015.

  3.  During that time, officers of both parties have engaged in direct, regular and complicated settlement discussions, in addition to considering alternate dispute resolution. I have personally seen written communications confirming several phone calls between the officers and at least one written proposal with complicated terms. Continuance of the Case Management Conference to November 13, 2015, would allow the parties additional time to explore their alternatives prior to preparing the Statement and attending the Conference.

1

---

Stipulated Request for Order Changing Case Management Conference and Relief from Current Case Deadlines & Supporting Declaration
Case No. 3:14-cv-00728-SI

4. Furthermore, it is my view considering my own discussions with opposing counsel and Judge Corley that any case activity, or a decision on potential alternate dispute resolution, would be detrimental to the complicated discussions that underway.

5. In the last stipulation filed on October 14, 2015, the parties indicated their intent to request a continuance of the trial date, and that was before knowing about the process that would occur directly between the parties' officers.  I note that although other schedule adjustments have been made, the parties have *not* previously requested a continuance of the trial date.

6. I further state that such a request is not for purposes of delay, but is in consideration of the following: (1) the parties themselves have not previously delayed, but have been diligent in voluminous document production, deposition scheduling, have spoken frequently, and have resolved any issues that arose in the process; (2) there are some last minute document and witness issues that include third parties; (3) the discussions currently underway following Judge Corley's assistance is substantive, regular, and complicated; and (4) if settlement discussions are ultimately not productive, the parties intend to continue the dialogue referenced in the last Stipulation and supporting Declaration of Michelle Carter related to alternate dispute resolution

7. There is a current deadline of November 6, 2015, for summary judgment.  Absent prior relief from such deadline, the parties will need to engage in efforts to meet such deadline. It is my view considering my discussions with opposing counsel that this too could be detrimental to the process occurring between the officers, not only cost, effort, and distraction, but also any negative interpretation as to what such motion(s) may mean to interest in the officers' current process.

2

Stipulated Request for Order Changing Case Management Conference and Relief from Current Case Deadlines & Supporting Declaration
Case No. 3:14-cv-00728-SI

I declare under penalty of perjury under the laws of the State of Georgia and the United States that the foregoing is to the best of my knowledge and belief true and correct.

Executed on October 28, 2015, in Atlanta, Georgia.

_____
Lawrence H. Kunin

3

Stipulated Request for Order Changing Case Management Conference and Relief from Current Case Deadlines & Supporting Declaration
Case No. 3:14-cv-00728-SI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FIBERLIGHT, LLC, a limited liability company; and DOES I-X, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:14-cv-00728-SI<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING CASE MANAGEMENT CONFERENCE TO NOVEMBER 13, 2015, AND CONTINUANCE OF ALL CURRENT CASE DEADLINES |

Upon consideration of the parties' Stipulated Request for Order Changing the Case Management Conference to November 13, 2015, deadline for filing a Joint Case Management Statement to November 12, 2015, and Relief from Current Case Deadlines (the "Request") and the declaration in support thereof, it is hereby

**ORDERED**, that the Request is **GRANTED**,

**ORDERED**, that the Case Management Conference be continued from October 30, 2015 at 10:30 a.m. to ~~November 13, 2015~~, Nov. 20, 2015 _____; and that the Joint Case Management Statement be filed on or before November 12, 2015, and it is further

**ORDERED**, that all current case deadlines and trial are continued pending further order from the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____10/29/15____                    _____/s/ Susan Illston_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

_____
Order Granting Stipulated Request for Order Changing Order Changing the Case Management Conference
Case No. 3:14-cv-00728-SI