**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>FIBERLIGHT, LLC, a limited liability company; and DOES I-X, inclusive,<br><br>  Defendants. | Case No.: 3:14-cv-00728-SI<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING CASE MANAGEMENT CONFERENCE TO NOVEMBER 13, 2015, AND CONTINUANCE OF ALL CURRENT CASE DEADLINES** |

Upon consideration of the parties' Stipulated Request for Order Changing the Case Management Conference to December 4, 2015, deadline for filing a Joint Case Management Statement to December 3, 2015, and Relief from Current Case Deadlines (the "Request") and the declaration in support thereof, it is hereby

**ORDERED**, that the Request is **GRANTED**,

**ORDERED**, that the Case Management Conference be continued from November 20, 2015 at 3:00 p.m. to December 4, 2015, __@ 3:00 p.m.__; and that the Joint Case Management Statement be filed on or before ~~December 3~~ November 30, 2015, and it is further

**ORDERED**, that all current case deadlines and trial are continued pending further order from the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/3/15

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

---

Order Granting Stipulated Request for Order Changing Order Changing the Case Management Conference
Case No. 3:14-cv-00728-SI