IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELECOM ASSET MANAGEMENT LLC, | No. C 14-00728 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| FIBERLIGHT LLC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 15, 2016 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 18, 2016.

DESIGNATION OF EXPERTS: 4/18/16; REBUTTAL: 5/2/16.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 16, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by May 13, 2016;

Opp. Due May 27, 2016;  Reply Due June 3, 2016;

and set for hearing no later than June 17, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 19, 2016 at 3:30 PM.

JURY TRIAL DATE: August 1, 2016 at 8:30 AM.,
Courtroom 1, 17th Floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel will meet and confer to come up with an alternative ADR process and let the Court know of the process selected by 1/21/16.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/8/16

SUSAN ILLSTON
United States District Judge