Frank L. Kollman (MD 12/21/77)
KOLLMAN & SAUCIER, PA
1823 York Road
The Business Law Building
Timonium, Maryland  21093
Phone: (410) 727-4300
Fax: (410) 727-4391
Email: fkollman@kollmanlaw.com

Michelle Q. Carter (CBN 184005)
James A. Carter (CBN 33119)
CARTER CARTER FRIES & GRUNSCHLAG
44 Montgomery Street, Suite 2405
San Francisco, CA 94104
Phone:  (415) 989-4800
Fax:  (415) 989-4864
Email:  michelle@carterfries.com

Attorneys for Plaintiff
TELECOM ASSET MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC, a limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>FIBERLIGHT, LLC, ET AL.,<br><br>        Defendants. | Case No.: 3:14-cv-00728-SI<br><br>**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**<br><br><br>Judge:  Hon. Susan Illston<br>Crtrm.: 1, 17th Floor<br>Case filed:  February 14, 2014<br>Trial date:  August 1, 2016 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this action stipulate to the voluntary dismissal with prejudice by Plaintiff Telecom Asset Management, LLC ("TAM") of Counts VI (common count for services rendered), VII (common count for money had and received), XII (conversion), XIII (constructive trust), XV (Texas Sales Representatives Act), and XVI (unfair competition) <u>only</u> of the Complaint in the above-captioned matter.

Dated:  June 1, 2016                                                     Respectfully submitted,

KOLLMAN & SAUCIER, PA                                   MORRIS, MANNING & MARTIN

By:           /s/Frank L. Kollman              .             By:          /s/ Lawrence H. Kunin_____.
         Frank L. Kollman                                                  Lawrence H. Kunin

CARTER CARTER FRIES & GRUNSCHLAG            *Counsel for Defendant*

By:           /s/Michelle Q. Carter             .
         Michelle Q. Carter

*Counsel for Plaintiff*


I, the filer of this document, hereby attest that concurrence in its filing has been obtained from each of the Signatories.

                                                             /s/Michelle Q. Carter                            .

**IT IS SO ORDERED**

/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA