# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIBERLIGHT, LLC,<br><br>　　　　Defendant. | Case No. 3:14-cv-00728-SI<br><br>**FINAL PRETRIAL PREPARATION ORDER** |

On July 19, 2016, the Court held a final pretrial conference in the above captioned matter, which is set for non-jury trial beginning August 1, 2016. All parties were represented by counsel. The following matters were resolved:

1.　<u>Waiver of jury trial</u>:  Jury trial was originally demanded by the parties, but on April 4, 2016, the parties jointly stipulated to withdraw the jury demand. Dkt. No. 94. Hence, the matter will be tried to the Court.

2.　<u>Narrative witness statements:</u>  The parties may, at their option, present the direct testimony of the witnesses they plan to call by written narrative statement. The live testimony would consist only of cross examination and re-direct.

3.　<u>Trial exhibits:</u>  Both parties have submitted their lists of proposed trial exhibits. In general, the parties have stipulated to authenticity and admissibility subject to proper witness

sponsorship. Two specific objections were raised in the Joint Pretrial Conference Statement; they are discussed here. Any other objections are reserved for trial.

- Plaintiff's objection to defendant's Exh. 157, based on undue prejudice and FRE 403 is OVERRULED for the reasons provided in open court.
- Defendant's objection to plaintiff's Exh. 140, a newspaper article, on the grounds of hearsay and lack of authentication is SUSTAINED for the reasons provided in open court.

4.  Findings of fact and conclusions of law: The parties have filed separate (but overlapping) Proposed Findings of Fact and Conclusions of Law, and defendant has filed objections to plaintiff's proposed findings and conclusions. In addition, at pages 7-13 of the Joint Pretrial Conference Statement (Dkt. No. 117), the parties present a list of over fifty "undisputed facts." The parties shall meet and confer to incorporate the undisputed facts in the Proposed Findings of Fact, clearly designated "joint" findings. Only disputed facts should be included in the parties' separate Proposed Findings. The parties' re-drafted joint and proposed separate findings shall be filed on ECF no later than July 27, 2016, and shall at the same time be emailed, in Microsoft Word format, to SIpo@cand.uscourts.gov.

5.  Timing of trial: The parties estimated that the trial should take approximately three days. Based on this estimate, each side shall have up to eight hours total for opening statement, presentation of evidence, and closing argument.

7.  Trial schedule: The trial day runs from 8:30 a.m. until 3:30 p.m., with a 15 minute break at 10:00 a.m. and 2:00 pm, and a 30 minute break at 12:00 p.m., all times approximate.

8. <u>Miscellaneous</u>: After meet and confer with plaintiff, defendant shall provide the Court with a pre-filled spreadsheet for calculating possible damages; this Excel document may be emailed to SIpo@cand.uscourts.gov. Both parties are charged with reviewing this spreadsheet prior to submission. This submission must be lodged prior to the start of trial.

Deposition testimony to be presented in lieu of live testimony may be read aloud or presented through video recordings. Either party may designate portions of the deposition to be presented and the time used will be charged to the party which designated that portion. If selected deposition testimony is presented, the parties must also electronically file complete copies of the witness' deposition, in searchable PDF format, with highlights to reflect the portions that are to be read or otherwise introduced in open court. These submissions must be lodged prior to the start of trial.

Given the limitations imposed by the timing of the trial, the parties are urged to avoid redundant or duplicative testimony, and redundant, duplicative and potentially inconsistent legal theories or causes of action.

**IT IS SO ORDERED.**

Dated: July 19, 2016

_____
SUSAN ILLSTON
United States District Judge