UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

  v.

FIBERLIGHT, LLC,

    Defendant.

Case No. 3:14-cv-00728-SI

**JUDGMENT**

In accordance with this Court's Verdict in Civil Case: Findings of Fact and Conclusions of Law, filed August 19, 2016, judgment is hereby entered in favor of plaintiff and against defendant in the amount of $16,964,055.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2016

SUSAN ILLSTON
United States District Judge