# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118963 | 9/28/2015 | 98617 |
| Job Date | | Case No. |
| 9/9/2015 | | 3:14-CV-00728 |
| Case Name | | |
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

ORIGINAL TRANSCRIPT OF:
  Benjamin Moore Edmond

                                                                              1,211.30
                              TOTAL DUE >>>                                $1,211.30

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752                                              Phone: (410) 727-4300   Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

Job No.      : 98617              BU ID      : Atlanta
Case No.     : 3:14-CV-00728
Case Name    : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al.

Invoice No.  : 118963             Invoice Date  : 9/28/2015
Total Due    : $1,211.30

Remit To:  Huseby, Inc.
           P.O. Box 602928
           Charlotte, NC 28260-2928

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

EXHIBIT 1



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118224 | 9/28/2015 | 98618 |
| Job Date | Case No. | |
| 9/9/2015 | 3:14-CV-00728 | |

**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

**Case Name**
Telecom Asset Management, LLC vs. Fiberlight, LLC, et al.

**Payment Terms**
Due upon receipt

Video Services
    Benjamin Moore Edmond      1,045.00

**TOTAL DUE >>>**    **$1,045.00**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752      Phone: (410) 727-4300   Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

| | | |
|---|---|---|
| Job No. | : 98618 | BU ID : Atlanta |
| Case No. | : 3:14-CV-00728 | |
| Case Name | : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | |
| Invoice No. | : 118224 | Invoice Date : 9/28/2015 |
| Total Due | : $1,045.00 | |

Remit To: Huseby, Inc.
P.O. Box 602928
Charlotte, NC 28260-2928

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 146866 | 6/14/2016 | 98618 |
| Job Date | Case No. | |
| 9/9/2015 | 3:14-CV-00728 | |

| Case Name |
|---|
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD  21093

---

DVD Sync
    Benjamin Moore Edmond      375.00

**TOTAL DUE >>>**     **$375.00**

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752      Phone: (410) 727-4300   Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD  21093

| | | | |
|---|---|---|---|
| Job No. | : 98618 | BU ID | : Atlanta |
| Case No. | : 3:14-CV-00728 | | |
| Case Name | : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | |
| Invoice No. | : 146866 | Invoice Date | : 6/14/2016 |
| Total Due | : $375.00 | | |

Remit To:    **Huseby, Inc.**
               **P.O. Box 602928**
               **Charlotte, NC  28260-2928**

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 119154 | 9/25/2015 | 98619 |
| Job Date | Case No. | |
| 9/11/2015 | 3:14-CV-00728 | |

**Case Name**

Telecom Asset Management, LLC vs. Fiberlight, LLC, et al.

**Payment Terms**

Due upon receipt

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD  21093

ORIGINAL TRANSCRIPT OF:
    John Schmidt

    1,129.85

**TOTAL DUE >>>**      **$1,129.85**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752      Phone: (410) 727-4300     Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD  21093

Remit To:     Huseby, Inc.
                 P.O. Box 602928
                 Charlotte, NC  28260-2928

Job No.    : 98619       BU ID     : Atlanta
Case No.    : 3:14-CV-00728
Case Name    : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al.
Invoice No.    : 119154      Invoice Date    : 9/25/2015
**Total Due**    : **$1,129.85**

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118828 | 9/23/2015 | 98620 |
| Job Date | Case No. | |
| 9/15/2015 | 3:14-CV-00728 | |
| Case Name | | |
| Telecom Asset Management LLC vs. Fiberlight, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

ORIGINAL TRANSCRIPT OF:

    James Lynch

    855.60

**TOTAL DUE >>>**     **$855.60**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752        Phone: (410) 727-4300    Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

| | | | |
|---|---|---|---|
| Job No. | : 98620 | BU ID | : Atlanta |
| Case No. | : 3:14-CV-00728 | | |
| Case Name | : Telecom Asset Management LLC vs. Fiberlight, LLC, et al. | | |
| Invoice No. | : 118828 | Invoice Date | : 9/23/2015 |
| **Total Due** | **: $855.60** | | |

Remit To:    **Huseby, Inc.**
               **P.O. Box 602928**
               **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118829 | 9/23/2015 | 98621 |
| Job Date | Case No. | |
| 9/16/2015 | 3:14-CV-00728 | |

**Case Name**

Telecom Asset Management LLC vs. Fiberlight, LLC, et al.

**Payment Terms**

Due upon receipt

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD  21093

---

1 COPY OF TRANSCRIPT OF:

  Timothy Burks                                                                 778.90

                                                         TOTAL DUE  >>>       $778.90

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

Tax ID: 31-1763752                                                       Phone: (410) 727-4300   Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD  21093

Job No.      : 98621          BU ID       : Atlanta
Case No.     : 3:14-CV-00728
Case Name    : Telecom Asset Management LLC vs. Fiberlight, LLC, et al.
Invoice No.  : 118829         Invoice Date : 9/23/2015
Total Due    : $778.90

Remit To:  Huseby, Inc.
           P.O. Box 602928
           Charlotte, NC  28260-2928

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120061 | 9/30/2015 | 98622 |
| Job Date | Case No. | |
| 9/17/2015 | 3:14-CV-00728 | |

| Case Name |
|---|
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

ORIGINAL TRANSCRIPT OF:
    Michael Miller    1,360.60
ORIGINAL TRANSCRIPT OF:
    Kevin Coyne    839.30

**TOTAL DUE >>>**    $2,199.90

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752      Phone: (410) 727-4300    Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

Job No.     : 98622      BU ID     : Atlanta
Case No.    : 3:14-CV-00728
Case Name   : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al.
Invoice No.   : 120061      Invoice Date   : 9/30/2015
Total Due    : $2,199.90

Remit To:   **Huseby, Inc.**
              **P.O. Box 602928**
              **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120062 | 9/30/2015 | 98623 |
| Job Date | Case No. | |
| 9/17/2015 | 3:14-CV-00728 | |

| Case Name |
|---|
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

Video Services
    Michael Miller      990.00

**TOTAL DUE >>>**      **$990.00**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752      Phone: (410) 727-4300    Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

Job No.    : 98623      BU ID     : Atlanta
Case No.    : 3:14-CV-00728
Case Name    : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al.
Invoice No.    : 120062      Invoice Date    : 9/30/2015
**Total Due**    : **$990.00**

Remit To:    **Huseby, Inc.**
               **P.O. Box 602928**
               **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 146867 | 6/14/2016 | 98623 |
| Job Date | Case No. | |
| 9/17/2015 | 3:14-CV-00728 | |
| Case Name | | |
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

DVD Sync
    Michael Miller         275.00

TOTAL DUE >>>     **$275.00**

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752      Phone: (410) 727-4300   Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

Job No. : 98623    BU ID : Atlanta
Case No. : 3:14-CV-00728
Case Name : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al.
Invoice No. : 146867    Invoice Date : 6/14/2016
**Total Due : $275.00**

Remit To: Huseby, Inc.
            P.O. Box 602928
            Charlotte, NC 28260-2928

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:



Huseby.com
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120455 | 10/6/2015 | 98625 |
| Job Date | Case No. | |
| 9/21/2015 | 3:14-CV-00728 | |

| Case Name |
|---|
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

---

1 COPY OF TRANSCRIPT OF:

   Steve Douglas Strong

                                                                                                                    728.25

                                        TOTAL DUE >>>       $728.25

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

Tax ID: 31-1763752                                                                                      Phone: (410) 727-4300   Fax:

*Please detach bottom portion and return with payment.*

---

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

Job No.    : 98625         BU ID      : Atlanta
Case No.   : 3:14-CV-00728
Case Name  : Telecom Asset Management, LLC vs. Fiberlight,
              LLC, et al.

Invoice No. : 120455       Invoice Date  : 10/6/2015
Total Due   : $728.25

Remit To:   **Huseby, Inc.**
            **P.O. Box 602928**
            **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 121754 | 10/16/2015 | 102709 |
| Job Date | Case No. | |
| 10/7/2015 | 3:14-CV-00728 | |
| Case Name | | |
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

| | |
|---|---|
| Kevin Coyne - Takedown | 472.50 |
| TOTAL DUE >>> | $472.50 |

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Phone: (410) 727-4300   Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

| | | | | |
|---|---|---|---|---|
| Job No. | : 102709 | BU ID | : Atlanta | |
| Case No. | : 3:14-CV-00728 | | | |
| Case Name | : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | | |
| Invoice No. | : 121754 | Invoice Date | : 10/16/2015 | |
| Total Due | : $472.50 | | | |

Remit To:  Huseby, Inc.
P.O. Box 602928
Charlotte, NC 28260-2928

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144461 | 5/20/2016 | 102709 |
| Job Date | Case No. | |
| 10/7/2015 | 3:14-CV-00728 | |

**Case Name**

Telecom Asset Management, LLC vs. Fiberlight, LLC, et al.

**Payment Terms**

Due upon receipt

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

---

1 COPY OF TRANSCRIPT OF:
    Kevin Coyne

    941.40

TOTAL DUE >>>     **$941.40**

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752      Phone: (410) 727-4300    Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

| | | | |
|---|---|---|---|
| Job No. | : 102709 | BU ID | : Atlanta |
| Case No. | : 3:14-CV-00728 | | |
| Case Name | : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | |
| Invoice No. | : 144461 | Invoice Date | : 5/20/2016 |
| Total Due | : **$941.40** | | |

Remit To:    Huseby, Inc.
                P.O. Box 602928
                Charlotte, NC 28260-2928

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149763 | 7/13/2016 | 125408 |
| **Job Date** | **Case No.** | |
| 6/7/2016 | 3:14-CV-00728 | |
| **Case Name** | | |
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | |
| *3780-001* | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Jessica Dudgeon
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD  21093

1 COPY OF TRANSCRIPT OF:
   Mark McGinness

                                                                    571.80
                                        TOTAL DUE  >>>      $571.80

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

*pd 7/29/16*
*CK #5635*

**Tax ID:** 31-1763752                                              Phone: (410) 727-4300   Fax:



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 147597 | 6/24/2016 | 125385 |
| Job Date | Case No. | |
| 6/13/2016 | 3:14-CV-00728 | |
| Case Name | | |
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

ORIGINAL TRANSCRIPT OF:
    Robert J. Taylor, IV

    934.45

TOTAL DUE >>>    $934.45

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                         Phone: (410) 727-4300   Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD 21093

Job No. : 125385    BU ID : Atlanta
Case No. : 3:14-CV-00728
Case Name : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al.

Invoice No. : 147597    Invoice Date : 6/24/2016
**Total Due : $934.45**

Remit To:   **Huseby, Inc.**
               **P.O. Box 602928**
               **Charlotte, NC 28260-2928**

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 147984 | 6/29/2016 | 125386 |
| Job Date | Case No. | |
| 6/13/2016 | 3:14-CV-00728 | |
| Case Name | | |
| Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD  21093

ORIGINAL TRANSCRIPT OF:
   Eric Gutshall

   890.64

**TOTAL DUE  >>>**  **$890.64**

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Phone: (410) 727-4300   Fax:

*Please detach bottom portion and return with payment.*

Frank L. Kollman, Esq.
Kollman & Saucier, P.A
1823 York Road, The Business Law Building
Lutherville Timonium, MD  21093

| | | | |
|---|---|---|---|
| Job No. | : 125386 | BU ID | : Atlanta |
| Case No. | : 3:14-CV-00728 | | |
| Case Name | : Telecom Asset Management, LLC vs. Fiberlight, LLC, et al. | | |
| Invoice No. | : 147984 | Invoice Date | : 6/29/2016 |
| Total Due | : $890.64 | | |

Remit To:  **Huseby, Inc.**
           **P.O. Box 602928**
           **Charlotte, NC  28260-2928**

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature: