UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

    v.

FIBERLIGHT, LLC,

    Defendant.

Case No. 14-cv-00728-SI

**ORDER RE: FORM OF BOND**

The Court held telephonic status conferences on February 23 and 24, 2017 in an effort to finalize the form of defendant FiberLight, LLC's ("FiberLight's") proposed supersedeas bond. The Court has reviewed the latest draft language provided by the parties and orders as follows:

For purposes of FiberLight's motion for stay of execution, the Court will accept FiberLight's proposed form of bond (the redlined version attached to Mr. Van Zandt's email to Tracy Kasamoto dated 2/24/17 at 2:45 pm), but only if FiberLight makes certain modifications. In numbered paragraph 1, FiberLight shall adjust the language in accordance with the following:

> Principal will pay to Plaintiff ~~either~~: (i) the amount of the Final Judgment if, as and in the amount affirmed on appeal plus post-judgment interest accrued through the date of payment at the rate of 0.56% per annum, and any costs or other amounts awarded to Plaintiff on or after appeal, as established by the Mandate; ~~or~~ **(ii) <u>in the event of remand by the Appellate Court for further or different damage analysis, the amount of the Court's judgment following remand, and any costs or other amounts awarded to Plaintiff on or after appeal; or (iii)</u>** the amount of the Original Judgment, if the Appeal is abandoned or dismissed in a manner that leaves the Original Judgment intact plus post-judgment interest accrued through date of payment at the rate of 0.56% per annum, and any costs or other amounts awarded to Plaintiff on or after appeal (the "Payment Amount").

In numbered paragraph 3, FiberLight shall adjust the language in accordance with the following:

> Upon written demand by the Plaintiff delivered to the Surety at the address set forth below, the Surety will pay the Payment Amount

directly to Plaintiff, if Principal has not paid the Payment Amount to Plaintiff within seven (7) business days after the earlier of (i) the date the Appeal is abandoned by the Principal; (ii) the date the Appeal is dismissed in a manner that leaves the Original Judgment intact and that does not result in the issuance of a Mandate; ~~or~~ (iii) **the date of the Court's judgment following remand; or (iv)** the date the Mandate is docketed by the Clerk (the "Payment Date").

If FiberLight submits a proposed supersedeas bond in accordance with the form submitted to the Court that reflects the above changes **on or before March 1, 2017**, the Court will consider the bond for purposes of FiberLight's motion for stay of execution. If they so choose, the parties may lodge a two-page joint statement with the final proposed bond identifying any remaining issues for the Court's attention, aside from the form of the bond.

**IT IS SO ORDERED**.

Dated: February 27, 2017

_____
SUSAN ILLSTON
United States District Judge