UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FIBERLIGHT, LLC,<br><br>    Defendant,<br><br>and<br><br>ARCH INSURANCE COMPANY,<br><br>    Surety. | Case No. 14-cv-00728-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE JUDGMENT**<br><br>Re: Dkt. No. 224 |

On June 29, 2018, the parties appeared before the Court for a hearing on plaintiff's motion to enforce judgment. (Dkt. No. 224). At this time, the full amount of the judgment, including interest to the date of payment, has been paid to plaintiff. The Court does not find it appropriate to award any alleged consequential damages or attorneys' fees. Accordingly, the motion to enforce judgment is DENIED AS MOOT, and the further motion for consequential damages and fees is DENIED.

**IT IS SO ORDERED**.

Dated: June 29, 2018

_____
SUSAN ILLSTON
United States District Judge